UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Eugene Suarez,

                    08 Civ. 3092 (CM)(HBP)

           Plaintiff(s),

                    ORDER OF REFERENCE
    -against-                     TO A MAGISTRATE JUDGE

Michael J. Astrue, Commissioner of Social Security,

           Defendant(s).
-----------------------------------------------------------X

The above entitled action is referred to the Honorable Henry B. Pitman, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_\_\_ Habeas Corpus

✓ Social Security

\_\_\_\_\_ Settlement*

\_\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

_____

All such motions:_____

---

* Do not check if already assigned for general pretrial.

Dated: March 31, 2008
       New York, New York

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge

Copies mailed/faxed/handed to counsel on 3/31/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/08