<a>
</a>

<b></b>



MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax (212) 637-2750

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
EUGENE SUAREZ,

        Plaintiff,

- v. -

                   STIPULATION AND ORDER

MICHAEL J. ASTRUE,        08 Civ. 03092 (CM)(HBP)
Commissioner of
Social Security,

        Defendant.

- - - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from June 2, 2008 to and including August 1, 2008.  This extension is requested to

allow the Social Security Administration sufficient time to evaluate its litigation position in this case. No previous extension has been granted in this case.

Dated: New York, New York
       May 7, 2008

                            PORTNOY AND MARCUS
                            ATTORNEY FOR PLAINTIFF

By: _____
    IRWIN M. PORTNOY, ESQ.
    7 Rock Cut Road
    Newburgh, New York  12550
    Telephone No: (845)567-0315

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
    Attorney for Defendant

By: _____
    SUSAN C. BRANAGAN
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-2804
    Susan.Branagan@usdoj.gov

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE