U.S. DISTRICT COURT FILED MAY 21 2008 W.P. S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EUGENE SUAREZ

Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
-------------------------------------------------------X

08 cv 03092 (CM)

**CERTIFICATE OF SERVICE**

4

IRWIN M. PORTNOY, hereby certifies:

I am the attorney for Plaintiff herein, and admitted to practice before this Court.

On March 31, 2008, we mailed a copy of the Summons and Complaint in this action by Certified Mail, Return Receipt requested, to the General Counsel of the Social Security Administration. Said documents were received on April 2, 2008.

On March 31, 2008, we mailed a copy of the Summons and Complaint in this action by Certified Mail, Return Receipt Requested, to the Attorney General of the United States. Said documents were received on April 7, 2008,

On March 31, 2008, we mailed a copy of the Summons and Complaint in this action by Certified Mail, Return Receipt Requested, to the Office of the General Counsel, Region II. Said documents were received on April 2, 2008,

On March 31, 2008, we mailed a a copy of the Summons and Complaint in this action by Certified Mail, Return Receipt Requested, to the Office of U. S. Attorney Southern District of New York, Civil Process Clerk, 1 St. Andrews Plaza, New York, NY, Said documents were received on April 2, 2008,

On April 8, 2008, we again mailed a copy of the Summons and Complaint in this action by Certified Mail, Return Receipt requested, to the General Counsel of the Social Security Administration. Said documents were received on April 10, 2008.

On April 4, 2008, we mailed a copy of the Summons and Complaint in this action by Certified Mail, Return Receipt Requested, to the Attorney General of the United States. Said documents were received on April 9, 2008,

On April 8, 2008, we mailed a copy of the Summons and Complaint in this action by Certified Mail, Return Receipt Requested, to the Office of the General Counsel, Region II. Said documents were received on April 10, 2008.

On April 8, 2008, we mailed a a copy of the Summons and Complaint in this action by Certified Mail, Return Receipt Requested, to the Office of U. S. Attorney Southern District of New York, Civil Process Clerk, 1 St. Andrews Plaza, New York, NY, Said documents were received on April 10, 2008.

The return receipts for the above are attached as Appendices 1, 2, 3 and 4.

Dated: Newburgh, NY
May 30, 2008

Irwin M. Portnoy #IP0016

E. Suarez - Summons & Comp.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of Gen Counsel, Region II
26 Federal Plaza
Room 3904
New York, NY 10278

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7004 0550 0000 3121 8134

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

7004 0550 0000 3121 8134

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | .31 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here 3/31/08

Sent To Office of Gen Counsel, Reg II
Street, Apt. No.; or PO Box No. 26 Federal Plaza, Room 3904
City, State, ZIP+4 New York, NY 10278

PS Form 3800, June 2002 See Reverse for Instructions

---

7004 0550 0000 3121 8165

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here 3/31/08

Sent To Office of US Attorney SDNY
Street, Apt. No.; or PO Box No. Civil Process Clerk, 1 St. Andrews Plaza
City, State, ZIP+4 New York, NY 10007

PS Form 3800, June 2002 See Reverse for Instructions

---

E. Suarez - Summons & Complaint

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the U.S. Attorney
SDNY - ATTN: Civil Process Clerk
1 St. Andrews Plaza
New York, NY 10007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7004 0550 0000 3121 8165

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

E. Suarez - Summons & Comp

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney General
Department of Justice
Constitution Ave & 10th St, NW
Washington, DC 20013

EUGENE

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) APR 07 [illegible]

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt ~~for Merchandise~~
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 0550 0000 3121 8141

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

7004 0550 0000 3121 8141

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here 3/31/08

Sent To: U.S. Attorney General
Street, Apt. No.; or PO Box No.: Dept. of Justice, Constitution Ave & 10th St NW
City, State, ZIP+4: Washington, DC 20013

PS Form 3800, June 2002 See Reverse for Instructions

7004 0550 0000 3121 8158

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here 3/31/08

Sent To: Gen Counsel, SSA
Street, Apt. No.; or PO Box No.: Altmeyer Bldg, Rm 611, 6401 Security Blvd
City, State, ZIP+4: Baltimore MD 21235

PS Form 3800, June 2002 See Reverse for Instructions

* E. Suarez - Summons & Complaint

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Counsel, SSA
Altmeyer Bldg, Room 611
6401 Security Blvd.
Baltimore, MD 21235

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
SOCIAL SECURITY ADMINISTRATION
BALTIMORE, MARYLAND 21235
☐ Agent ☐ Addressee

B. Received by (Printed Name) APR 02 2008

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt ~~for Merchandise~~
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 0550 0000 3121 8158

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney General
Constitution Ave. & 10th St., NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) Gerald Parks B. Date of Delivery

C. Signature X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label) 7006 3450 0001 0249 2326

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789

E. Suarez - USDC Letter

7006 3450 0001 0249 2326

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ .41 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.21 |

Postmark Here 4/4/08

Sent To U.S. Attorney General
Street, Apt. No.; or PO Box No. Constitution Ave & 10th St., NW
City, State, ZIP+4 Washington DC 20530

PS Form 3800, August 2006 See Reverse for Instructions

7006 3450 0001 0249 2333

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ .41 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.21 |

Postmark Here 4/4/08

Sent To Office of U.S. Attorney - SDNY
Street, Apt. No.; or PO Box No. Civil Process Clerk 1 St. Andrews Plaza
City, State, ZIP+4 New York, NY 10007

PS Form 3800, August 2006 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the U.S. Attorney - SDNY
ATTN: Civil Process Clerk
1 St. Andrews XXXXXX Plaza
New York, NY 10007

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) B. Date of Delivery 4/10/08

C. Signature X ☒ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label) 7006 3450 0001 0249 2333

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789

E. Suarez USDC Letter

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of Gen. Counsel, Region II
26 Federal Plaza
Room 3904
New York, NY 10278

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) B. Date of Delivery 4/10/08

C. Signature X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label) 7006 3450 0001 0249 2357

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789

E. Suarez - USDC LETTER

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7006 3450 0001 0249 2357

| | |
|---|---|
| Postage | $ .41 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.21 |

Postmark Here 4/8/08

Sent To: Office of General Counsel, Region II
Street, Apt. No.; or PO Box No.: 26 Federal Plaza Rm 3904
City, State, ZIP+4: New York, NY 10278

PS Form 3800, August 2006 See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7006 3450 0001 0249 2340

| | |
|---|---|
| Postage | $ .14 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.21 |

Postmark Here 4/8/08

Sent To: Gen. Counsel, SSA
Street, Apt. No.; or PO Box No.: Altmeyer Bldg. Rm 611, 6401 Security Blvd.
City, State, ZIP+4: Baltimore, MD 21235

PS Form 3800, August 2006 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Counsel, SSA
Altmeyer Building, Room 611
6401 Security Blvd.
Baltimore, MD 21235

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) B. Date of Delivery APR 10 2008

SOCIAL SECURITY ADMINISTRATION
X BALTIMORE, MARYLAND 21235 ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label) 7006 3450 0001 0249 2340

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789

E. Suarez - USDC LETTER