```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
EUGENE SUAREZ                      :
                                   :
                    Plaintiff,     :    08 Civ. 3092 (CM)(HBP)
                                   :
     -against-                     :    SCHEDULING
                                   :    ORDER
MICHAEL J. ASTRUE, Commissioner of :
Social Security                    :
                                   :
                    Defendant.     :
                                   :
-----------------------------------X
```

        PITMAN, United States Magistrate Judge:

        Plaintiff commenced this action on March 26, 2008 seeking review of a decision of the Social Security Administration denying benefits. Defendant filed his answer on or about August 4, 2008. However, to date, neither party has moved for judgment on the pleadings.

        No later than October 6, 2008, both plaintiff and Defendant are directed to serve and file their motions for judgment on the pleadings.

Dated: New York, New York
       August 6, 2008

                                            SO ORDERED

                                            HENRY PITMAN
                                            United States Magistrate Judge

Copies Mailed To:

Irwin Milton Portnoy, Esq.
Irwin M. Portnoy & Associates, P.C.
542 Union Avenue
New Windsor, New York 12553

Susan C. Branagan, Esq.
Assistant United States Attorney
86 Chambers Street
3rd. Floor
New York, New York 10007