USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-19-08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

August 4, 2008

BY FAX
Honorable Henry B. Pitman
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007-1312

*Application granted nunc pro tunc*

**SO ORDERED**

[signature] 8-15-08
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE

Re: Eugene Suarez v. Astrue
    08 Civ. 3092 (CM)(HBP)

Dear Judge Pitman:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to inform the Court of recent events and to request nunc pro tunc a one business day extension of defendant's time to answer or move with respect to the complaint.

    Pursuant to the Court's order, defendant's answer was due Friday, August 1, 2008. I served defendant's answer on that date, but this afternoon I discovered that I mistakenly served it on the wrong attorney. Today, I subsequently served the correct attorney and filed the answer with the Court. I apologize to the Court for any inconvenience this may cause, and I respectfully request a one business day nunc pro tunc extension of time to file defendant's answer, to today, August 4, 2008. I have attempted to contact plaintiff's attorney by telephone to ask for his consent to this request but he has not yet returned my call. This is the government's second request for an extension.

    Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: [signature] Susan C. Branagan
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

cc: Irwin Portnoy, Esq.